IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONNIE WAYNE COLE, ADC # 82924                                              PLAINTIFF

v.                                   2:15CV00170-JM-JJV

QUIBLE BUTLER, Nurse,
East Arkansas Regional Unit; *et al.*                                       DEFENDANTS

## ORDER

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes that service is appropriate for Defendants Quible Butler, Crowley, Mansfield, Mary Fletcher, and Dunn. Given that Plaintiff has not provided full names for each of the Defendants, the Court would appreciate counsel's assistance in perfecting service. Each of the Defendants is alleged to be a nurse at the Arkansas Department of Correction East Arkansas Regional Unit.

IT IS, THEREFORE, ORDERED that the Clerk of Court shall prepare Summons for these Defendants, and the United States Marshall shall serve a copy of the Complaint (Doc. No.2), Summons, and this Order on them without prepayment fees or costs or security therefore. Service for these Defendants should be through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 15th day of October, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).