IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONNIE WAYNE COLE, ADC # 82924                                      PLAINTIFF

v.                              2:15CV00170-JM-JJV

QUIBLE BUTLER, Nurse,
East Arkansas Regional Unit; *et al.*                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Chew and Plaintiff's claims for failure to change his bandages are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's request for injunctive relief is DENIED.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 2nd day of November, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE