IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONNIE WAYNE COLE, ADC # 82924                                                        PLAINTIFF

v.                                          2:15CV00170-JM-JJV

QUIBLE BUTLER, Nurse,
East Arkansas Regional Unit; *et al.*                                                 DEFENDANTS

## ORDER

On October 15, 2015, I ordered that Defendants Crowley and Mary Fletcher be served. (Doc. No. 4.) Summons for both defendants have been returned unexecuted. (Doc. Nos. 20, 22.) A last known address for Defendant Fletcher has been provided under seal (Doc. No. 22) and service will be reattempted. Defendant Crowley, however, could not be identified based on the information Plaintiff provided. (*Id.*)

IT IS, THEREFORE, ORDERED THAT:

1.   The Clerk of the Court shall prepare a Summons for Defendant Mary Fletcher and the United States Marshal shall serve a copy of the summons, Complaint (Doc. No.2), and this Order on her at the address provided under seal, without prepayment of fees and costs or security therefore. Defendant Fletcher's last known addresses shall not be made part of any public record.

2.   Within thirty (30) days of the date of this Order's entry, Plaintiff should confirm the spelling of Defendant Crowley's name and provide a first name if he is able. If he knows, he should also indicate whether Crowley is an employee of the Arkansas Department of Correction or some other entity. Finally, he should confirm that this defendant is still employed at the East Arkansas Regional Unit and state whether the unit is the most viable address at which to reattempt service.

DATED this 20th day of November, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE