IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONNIE WAYNE COLE, ADC # 82924                                              PLAINTIFF

v.                              2:15CV00170-JM-JJV

QUIBLE BUTLER, Nurse,
East Arkansas Regional Unit; *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court shall alter the docket to reflect that Defendant "Mansfield" is "Melissa Mansfield" and Defendant "Dunn" is "Monica Dunn."

2. Defendants' Motion for Summary Judgement (Doc. No. 26) is GRANTED and Defendants Quible Butler, Melissa Mansfield, and Monica Dunn are DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 4th day of January, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE