# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RONNIE WAYNE COLE, ADC # 82924                                                    PLAINTIFF

v.                                    2:15CV00170-JM-JJV

QUIBLE BUTLER, Nurse,
East Arkansas Regional Unit; *et al.*                                             DEFENDANTS

## ORDER

I first directed service for Defendant Mary Fletcher on October 15, 2015. (Doc. No. 4.) Those Summons were returned unexecuted along with a last known address under seal. (Doc. No. 22.) Service was re-attempted (Doc. No. 24), but was unsuccessful once again (Doc. No. 36). If Plaintiff's claims against Defendant Fletcher are to proceed, he must provide a viable address for her within thirty (30) days of this Order's entry. If he fails to provide an address, I will recommend dismissal of Defendant Fletcher without prejudice.

So Ordered this 10th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE