IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONNIE WAYNE COLE, ADC # 82924                                                   PLAINTIFF

v.                                    2:15CV00170-JM-JJV

QUIBLE BUTLER, Nurse,
East Arkansas Regional Unit; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Crowley is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

DATED this 17th day of February, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE