# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RONNIE WAYNE COLE, ADC # 82924                                                           PLAINTIFF

v.                                2:15CV00170-JM-JJV

QUIBLE BUTLER, Nurse,
East Arkansas Regional Unit; *et al.*                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

DATED this 24th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE